EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAREQ DAWOOD,

    Plaintiff,                       No. 18-11554

v.                                 District Judge George Caram Steeh
                                    Magistrate Judge R. Steven Whalen

EQUIFAX INFORMATION SERVICES,
LLC, ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on October 18, 2018, Defendant General Motors Financial Company, Inc.'s Motion to Compel Discovery [Doc. #15] is GRANTED IN PART AND DENIED IN PART.

Plaintiff will produce the requested documents subject to a protective order whereby the information will not be disclosed to any person or entity not involved in the prosecution or defense of this lawsuit, nor shall it be used for any purpose not related to this lawsuit. At the conclusion of the litigation, Defendant will either destroy the documents it received from Plaintiff, or return them to the Plaintiff.

Specifically as to Request to Produce #7, the motion is GRANTED as to documents relating to the purchase and financing of the 2014 Chevrolet Cruze. In all other respects (e.g., service records for the vehicle), the motion it DENIED.

IT IS SO ORDERED.

                                                    s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 18, 2018

## CERTIFICATE OF SERVICE

      I hereby certify on October 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 18, 2018.

                                                      s/Carolyn Ciesla
                                                    Case Manager to
                                                    Magistrate Judge R. Steven Whalen